**Order entered October 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01133-CR

### THE STATE OF TEXAS, Appellant

### V.

### DARIN BERNARD JOHNSON, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75869-V**

## ORDER

Before the Court is the State's October 10, 2019 motion to transfer the reporter's record from cause number 05-19-00582-CR, styled *Darin Bernard Johnson v. The State of Texas*, into this appeal. We **GRANT** the motion.

We **DIRECT** the Clerk of the Court to transfer the reporter's record from the appeal in cause no. 05-19-00582-CR into the above appeal.

/s/ LANA MYERS
JUSTICE